SPENCER CLINTON et al., as Executors of MILLICENT D. MAR-
SHALL, Deceased, Respondents, *v.* THE BUFFALO LAND
SECURITY COMPANY (LIMITED) et al., Appellants.

*Clinton* v. *Buffalo Land Security Co.,* 55 App. Div. 440, affirmed.
(Argued March 18, 1901; decided April 4, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 26, 1900, modifying and affirming as modified a
judgment in favor of plaintiffs entered upon a decision of the
Erie County Court.

*J. H. Metcalf* for appellants.

*Adolph Rebadow* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

ROSA ZIPP, as Executrix of GEORGE ZIPP, Deceased, Respond-
ent, *v.* FRANCES E. BARKER, as Executrix of CHARLES
BARKER, Deceased, et al., Appellants.

166    621
Case 2
75 AD 597

*Zipp* v. *Barker,* 40 App. Div. 1, affirmed.
(Argued March 18, 1901; decided April 4, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 20, 1899, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Edward M. Grout, Paul Grout, William B. Ellison* and
*Oliver B. Goldsmith* for appellants.

*Hugo Hirsh* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN
and WERNER, JJ. Not sitting: CULLEN, J.